

**Partners:**
Louis J. Capozzi, Jr., Esq. (PA, NJ, M
Daniel K. Natirboff, Esq.
Donald R. Reavey, Esq.
Craig I. Adler, Esq. (PA, NJ)
Mark K. Gyandoh, Esq. (PA, NJ)
Salomon V. Bagdadi, Esq. (FL)
James M. Maro, Esq. (PA, NJ)
Jay A. Wells, Esq.

**Of Counsel:**
Andrew R. Eisemann, Esq. (PA, NY)
Garrett H. Rothman, Esq.

**Associate Attorneys:**
Bruce B. Baron, Esq.
Brandon S. Williams, Esq.
Nicholas J. Luciano, Esq.
Dayton P. Broyan, Esq. (PA, OH)
Giulia T. Conboy, Esq.

**Paralegals:**
Karen L. Fisher, Senior Paralegal
Linda A. Gussler
Jessica L. Murphy
Tina M. Scheetz

www.capozziadler.com
info@capozziadler.com

February 5, 2025

<u>**VIA ECF**</u>

The Honorable Margaret M. Garnett
United States District Court, S.D.N.Y.
40 Foley Square, Courtroom 906
New York, NY 10007

**Re:    Consented to Request to Adjourn Initial Pretrial Conference**
         <u>*Singh, et al. v. Capital One Financial Corporation, et al.*</u>, No 1:24-cv-08538-MMG

Dear Judge Garnett:

We represent Plaintiffs in the above-referenced litigation. Pursuant to the Court's Notice of Initial Pretrial Conference (ECF No. 3), the Initial Pretrial Conference with the Court is scheduled for February 20, 2025, at 9:30 am. Following the Court's Notice, Defendants filed a motion to dismiss Plaintiffs' complaint on January 13, 2025. *See* ECF No. 12. The Parties agree that discovery in this litigation should be stayed pending the Court's decision on Defendants' motion to dismiss. Pursuant to Rule I(B)(5) of Your Honor's Individual Rules & Practices, Plaintiffs respectfully request that the Court adjourn the Initial Pretrial Conference to thirty (30) days following the Court's decision on Defendants' motion to dismiss.

We have conferred with counsel for Defendants regarding the request for adjournment. Counsel for Defendants has consented to the request for adjournment. There have been no previous requests for adjournment of the Initial Pretrial Conference.

For the foregoing reasons, Plaintiffs respectfully request that the Court adjourn the Initial Pretrial Conference to thirty (30) days following the Court's decision on Defendants' motion to dismiss.

Respecfully submitted,

*James A. Maro*

James A. Maro
cc:    All counsel of record (via ECF)

> GRANTED.  The Initial Pretrial Conference previously scheduled for February 20, 2025 is hereby ADJOURNED *sine die*.  The deadline for the parties' pre-conference joint submissions is likewise ADJOURNED.  The Court will reschedule the conference for a date convenient to the Court and the parties at some time after the issuance of the Court's decision on Defendants' pending motion to dismiss, to the extent necessary.
>
> SO ORDERED.  Dated February 5, 2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**Main Office**
2933 North Front Street
Harrisburg, PA 17110
Ph. (717) 233-4101
Fax (717) 232-3080

**Real Estate & Title Co. Office**
355 N. 21ˢᵗ Street, Suite 205
Camp Hill, PA 17011
Ph. (717) 234-3289
Fax (717) 234-1670