## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE SINGH, GWEN DEJESUS, JOSHUA ALLEN, RAUL MORALES, ADRIAN BARRERA, JR., CLAIRE MOORE, PATRICE JOHNSON, NIJA WINTER, and MICHAEL SUTTON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, THE BOARD OF DIRECTORS OF CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE FINANCIAL CORPORATION INVESTMENT COMMITTEE and JOHN DOES 1-30,<br><br>                Defendants. | **CIVIL ACTION NO.: 1:24-cv-8538** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Peter A. Muhic, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Stephanie Singh, Gwen DeJesus, Joshua Allen, Raul Morales, Adrian Barrera, Jr., Claire Moore, Patrice Johnson, Nija Winter, and Michael Sutton, individually and on behalf of all others similarly situated, Plaintiffs, in the above-captioned action.

I am in good standing of the bar(s) of Pennsylvania and New Jersey and there are no pending proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 2/28/25

Respectfully Submitted,

/s/ Peter A. Muhic

Applicant's Name: Peter A. Muhic

Firm Name: Muhic Law LLC

Address: 923 Haddonfield Road, Suite 300

City/State/Zip: Cherry Hill, NJ 08002

Telephone/Fax: (856) 242-1802/(717) 232-3080

Email: peter@muhiclaw.com