# Morgan Lewis

**Jeremy Blumenfeld**
Partner
jeremy.blumenfeld@morganlewis.com

June 6, 2025

**VIA CM/ECF**

Margaret M. Garnett, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re:  Request to Stay Ruling on Motion to Dismiss Pending Mediation
     Stephanie Singh, et al v. Capital One, et al., Case No. 1:24-cv-08538-MMG

Dear Judge Garnett:

We represent Defendants in the above-captioned action and write jointly with the consent of Plaintiffs. On January 13, 2025, Defendants filed a Motion to Dismiss Plaintiffs' Complaint that has been fully briefed and is pending decision. (ECF Nos. 12, 17, 22.) The parties have agreed to mediate this case on September 12, 2025 before an experienced third party mediator. As a result, the parties respectfully request that the Court stay any ruling on the Motion to Dismiss pending completion of mediation and that they be permitted to provide the Court an update regarding the outcome of the mediation on or before September 25, 2025.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Jeremy Blumenfeld*

Jeremy Blumenfeld

cc (via ECF): All Counsel of Record

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001