# Morgan Lewis

**Jeremy P. Blumenfeld**
Partner
+1.215.963.5258
jeremy.blumenfeld@morganlewis.com

November 6, 2025

<u>**VIA ECF**</u>

Margaret M. Garnett, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re:    *Singh v. Capital One Financial Corp.*, No. 1:24-cv-08538-MMG

Dear Judge Garnett:

On behalf of Plaintiffs and Defendants in the above-captioned matter, we write to respectfully request an extension of time from November 10, 2025, to December 10, 2025, for Plaintiffs to file a motion for preliminary approval of the class action settlement.

On September 29, 2025, the parties filed a joint motion requesting that the Court reopen the case for the limited purpose of reviewing the parties' anticipated class-wide settlement.  ECF No. 31.  The parties proposed that Plaintiffs file a motion for preliminary approval of the settlement by November 10, 2025.  *Id.*  On October 2, 2025, the Court reopened the case and ordered Plaintiffs to file a motion for preliminary approval of the settlement no later than November 10, 2025.  ECF No. 32.

The parties have worked diligently to finalize the settlement agreement but require a short amount of additional time to finalize the agreement and applicable exhibits, including a proposed class notice; collect and finalize the required class data; and prepare the motion for preliminary approval of the class action settlement.  Accordingly, the parties respectfully request that the Court extend the deadline for Plaintiffs to submit a motion for preliminary approval of the settlement from November 10, 2025, to December 10, 2025.  This is the parties' first request for an extension of this deadline, and the requested extension does not impact any other deadlines.

Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA  19103-3007
United States

☎ +1.215.963.5000
🖷 +1.215.963.5001