UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE SINGH, GWEN DEJESUS, JOSHUA ALLEN, RAUL MORALES, ADRIAN BARRERA, JR., CLAIRE MOORE, PATRICE JOHNSON, NIJA WINTER, and MICHAEL SUTTON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, THE BOARD OF DIRECTORS OF CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE FINANCIAL CORPORATION INVESTMENT COMMITTEE and JOHN DOES 1-30,<br><br>       Defendants. | **CIVIL ACTION NO.: 1:24-cv-8538** |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARY APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING A DATE FOR A FAIRNESS HEARING**

  Plaintiffs, Stephanie Singh, Gwen DeJesus, Joshua Allen, Raul Morales, Adrian Barrera, Jr., Claire Moore, Patrice Johnson, Nija Hunter[1] and Michael Sutton (together, "Plaintiffs"), by and through their attorneys, and on behalf of the Capital One Financial Corporation Associate Savings Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Settlement" or "Settlement Agreement") entered into with Defendants,[2] and respectfully move the Court for an Order granting the relief sought. The grounds for this motion

---

[1] Plaintiff Nija Hunter is inadvertently referred to as "Nija Winter" in the Complaint.

[2] As defined in the Settlement Agreement submitted herewith.

1

are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

     A Proposed Order is submitted herewith.

Dated: December 23, 2025            Respectfully submitted,

                **CAPOZZI ADLER, P.C.**

/s/ *Mark K. Gyandoh, Esq.*
Mark K. Gyandoh, Esquire
PA Attorney ID #88587
*(Admitted Pro Hac Vice)*
James A. Maro, Esquire
PA Attorney ID #86420
*(Admitted Pro Hac Vice)*
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 232-3080
Email: markg@capozziadler.com
       jamesm@capozziadler.com

**MUHIC LAW LLC**
Peter A. Muhic
*(Admitted Pro Hac Vice)*
923 Haddonfield Road,
Suite 300  Cherry Hill, NJ 08002
Phone: (856) 242-1802
Fax:  (717) 233-4103
Email: peter@muhiclaw.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh