**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE SINGH, GWEN DEJESUS, JOSHUA ALLEN, RAUL MORALES, ADRIAN BARRERA, JR., CLAIRE MOORE, PATRICE JOHNSON, NIJA WINTER, AND MICHAEL SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    PLAINTIFFS,<br>V.<br><br>CAPITAL ONE FINANCIAL CORPORATION, THE BOARD OF DIRECTORS OF CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE FINANCIAL CORPORATION INVESTMENT COMMITTEE AND JOHN DOES 1-30,<br><br>                    DEFENDANTS. | CASE NO. 1:24-CV-08538-MMG |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2026

**ORDER AWARDING PLAINTIFFS' ATTORNEYS' FEES AND REIMBURSEMENT**
**OF EXPENSES AND**
**PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on **June 25, 2026**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on December 23, 2025, and filed with the Court.

1

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $3,200,000.00 and reimbursement of expenses in the sum of $34,701.50 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Each of the Named Plaintiffs is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

**SO ORDERED this 1st day of July, 2026.**

_____
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

2